DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## BEROTH v. BEROTH

No. 522P87.

Case below: 87 N.C. App. 93.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

## BLUE STRIPE, INC. v. U.S. FIDELITY & GUARANTY CO.

No. 536P87.

Case below: 87 N.C. App. 167.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

## BUCHANAN v. HUNTER DOUGLAS, INC.

No. 521P87.

Case below: 87 N.C. App. 84.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

## COTTON v. STANLEY

No. 483P87.

Case below: 86 N.C. App. 534.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

## COUGLE v. CAPITAL SUPPLY CO.

No. 587P87.

Case below: 87 N.C. App. 426.

Petition by defendant for writ of supersedeas and temporary stay denied 23 November 1987. Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 23 November 1987.